# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JONATHAN ACEVEDO** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **3:16-cv-30094-MGM** |
| ) | |
| **ONLINE INFORMATION** ) | |
| **SERVICES, INC.** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: February 10, 2017            By: */s/ Craig T. Kimmel*
                                    Craig T. Kimmel, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: kimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Craig T. Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Harvey Nosowitz, Esq.
ANDERSON & KREIGER, LLP
50 Milk Street, 21st Floor
Boston MA 02109

Christina Marshall, Esq.
ANDERSON & KREIGER, LLP
50 Milk Street, 21st Floor
Boston MA 02109

Dated: February 10, 2017                    By: */s/ Craig T. Kimmel*
                                            Craig T. Kimmel, Esquire
                                            Kimmel & Silverman, P.C.
                                            30 E. Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888
                                            Fax: (877) 788-2864
                                            Email: kimmel@creditlaw.com